FORM PTO-1595  
1-31-92

**RECORDATION FORM COVER SHEET**  
**PATENTS ONLY**

U.S. DEPARTMENT OF COMMERCE  
Patent and Trademark Office

Tab settings ⇨ ⇨ ⇨ ▼          ▼          ▼          ▼          ▼          ▼          ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies):<br><br>David B. Miller<br><br><br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☐ No | 2. Name and address of receiving party(ies):<br><br>Name: WORDTECH SYSTEMS, INC.<br>Internal Address: _____<br><br>_____<br><br>_____ |
|---|---|
| 3. Nature of conveyance:<br>☒ Assignment          ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other _____<br>Execution Date: _____ | Street Address: 4020 Pike Ln.<br>Concord, CA 94520<br>City: Concord   State: CA   ZIP: 94520<br>Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: _____

A. Patent Application No.(s)                              B. Patent No.(s)




Additional numbers attached? ☐ Yes ☐ No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br>Name: Richard Esty Peterson<br>Internal Address: _____<br><br><br><br>Street Address: BIELEN, PETERSON & LAMPE<br>1990 N. California Blvd., Suite 720<br>City: Walnut Creek   State: CA   ZIP: 94596 | 6. Total number of applications and patents involved: 1<br><br>7. Total fee (37 CFR 3.41): ........ $ 40.00<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account<br><br>8. Deposit account number:<br>02-2273<br>(Attach duplicate copy of this page if paying by deposit account) |
|---|---|

**DO NOT USE THIS SPACE**

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

RICHARD ESTY PETERSON        /s/ Richard E. Peterson        14 September 1998
Name of Person Signing              Signature                          Date

Total number of pages comprising cover sheet: ____

## ASSIGNMENT

WHEREAS, I,

**David B. Miller** of **WORDTECH SYSTEMS, INC.**, am the inventor of a new and useful

**PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM**

for which I am about to apply for Letters Patent of the United States, the said invention being fully described in and identified by the specification and drawings in my application for Letters Patent of the United States, executed by me in the City of Concord, County of Contra Costa, State of California, on the __14__ day of September, 1998; and

**WHEREAS, WORDTECH SYSTEMS, INC.**, a California Corporation, with principal offices at 4020 Pike Lane, Concord, California 94520 is desirous of acquiring the entire right, title and interest in and to the said invention and in and to the Letters Patent thereon, when granted, and in and to any and all improvements thereon;

NOW THEREFORE, TO ALL WHOM IT MAY CONCERN:

**BE IT KNOWN** that for and in consideration of the sum of One Dollar ($1.00) to me in hand paid and of other good and valuable consideration by me received from the said **WORDTECH SYSTEMS, INC.**, the receipt whereof in full by me is hereby acknowledged, I, **David B. Miller** have sold, assigned, transferred, and set over and do by these presents sell, assign, transfer, and set over unto the said **WORDTECH SYSTEMS, INC.**, its successors, and assigns, the entire right, title and interest in and to my said invention and in and to the Letters Patent thereon, for the whole

of the United States and each and every foreign country, which may or shall be issued thereon, and in and to any and all improvements thereon;

**THE SAME TO BE HELD AND ENJOYED BY, WORDTECH SYSTEMS, INC.**, its successors and assigns, for its own use and behoof to the full end of the term for which the said Letters Patent shall or may be granted, as fully and entirely as the same might or could have been enjoyed by me had this assignment and sale not been made.

**AND I HEREBY AUTHORIZE AND REQUEST** the Commissioner of Patents and Trademarks to issue the said United States Letters Patent on my said invention, when granted, unto my assignee, **WORDTECH SYSTEMS, INC.**, a Corporation, in accordance with this assignment.

IN WITNESS WHEREOF, I, the said **David B. Miller**, hereunto set my hand at and in the City of Concord, County of Contra Costa, State of California, this __14__ day of September, 1998.

*/s/ David B. Miller*
David B. Miller

2

FORM PTO-1619A
Expires 06/30/99
OMB 0651-0027

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

# RECORDATION FORM COVER SHEET
## PATENTS ONLY

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

**Submission Type**
- [X] New
- [ ] Resubmission (Non-Recordation) Document ID#
- [ ] Correction of PTO Error  Reel #  Frame #
- [ ] Corrective Document  Reel #  Frame #

**Conveyance Type**
- [X] Assignment
- [ ] Security Agreement
- [ ] License
- [ ] Change of Name
- [ ] Merger
- [ ] Other  U.S. Government

(For Use ONLY by U.S. Government Agencies)
- [ ] Departmental File
- [ ] Secret File

**Conveying Party(ies)**   [ ] Mark if additional names of conveying parties attached

Name (line 1): DAVID MILLER
Execution Date: 10/23/2000

Name (line 2):

**Second Party**
Name (line 1):
Execution Date:
Name (line 2):

**Receiving Party**   [ ] Mark if additional names of receiving parties attached

Name (line 1): WORDTECH SYSTEMS, INC.
Name (line 2):
Address (line 1): 4020 PIKE LANE
Address (line 2):
Address (line 3): CONCORD    CA/USA    94520
                  City        State/Country  Zip Code

[ ] If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)

**Domestic Representative Name and Address**   Enter for the first Receiving Party only.

Name: RICHARD ESTY PETERSON
Address (line 1): PATENT ATTORNEY
Address (line 2): 1905-D PALMETTO AVENUE
Address (line 3): PACIFICA, CA 94044
Address (line 4):

**FOR OFFICE USE ONLY**

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

FORM PTO-1619B
Expires 06/30/99
OMB 0651-0027

**Page 2**

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

## Correspondent Name and Address

Area Code and Telephone Number: (650) 557-5708

Name: RICHARD ESTY PETERSON
Address (line 1): PATENT ATTORNEY
Address (line 2): 1905-D PALMETTO AVENUE
Address (line 3): PACIFICA, CA 94044
Address (line 4):

## Pages

Enter the total number of pages of the attached conveyance document including any attachments. # 2

## Application Number(s) or Patent Number(s)

☐ Mark if additional numbers attached

Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).

Patent Application Number(s) | Patent Number(s)

If this document is being filed together with a **new** Patent Application, enter the date the patent application was signed by the first named executing Inventor.

Month/Day/Year: 10/23/2000

## Patent Cooperation Treaty (PCT)

Enter PCT application number **only if** a U.S. Application Number has not been assigned.

PCT | PCT | PCT
PCT | PCT | PCT

## Number of Properties

Enter the total number of properties involved. # 1

## Fee Amount

Fee Amount for Properties Listed (37 CFR 3.41): $ 40.00

Method of Payment:
Deposit Account

Enclosed [X]   Deposit Account ☐

(Enter for payment by deposit account or if additional fees can be charged to the account.)

Deposit Account Number: #

Authorization to charge additional fees: Yes ☐  No ☐

## Statement and Signature

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.

Richard Esty Peterson
Name of Person Signing

Signature: [signed]
Date: 10/24/2000

13240(A)

# ASSIGNMENT

WHEREAS, I, DAVID MILLER of 20 La Espiral, Orinda, California, 94563, and, am the inventor of a new and useful

## PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM

for which I have applied for Letters Patent of the United States, the said invention being fully described in and identified by the specification and drawings in my application for Letters Patent of the United States, executed by me in the City of CONCORD, State of California, on the 23RD day of October, 2000.

WHEREAS, WORDTECH SYSTEMS, INC., with principal offices at 4020 Pike Lane, Concord, California, 94520 is desirous of acquiring the entire right, title and interest in and to the said invention and in and to the Letters Patent thereon, when granted, and in and to any and all improvements thereon;

NOW THEREFORE, TO ALL WHOM IT MAY CONCERN:

BE IT KNOWN that for and in consideration of the sum of One Dollar ($1.00) to me in hand paid and of other good and valuable consideration by me received from the said WORDTECH SYSTEMS, INC., the receipt whereof in full by me is hereby acknowledged, I, DAVID MILLER, have sold, assigned, transferred and set over and do by these presents sell, assign, transfer and set over unto the said WORDTECH SYSTEMS, INC., its successors and assigns, the entire right, title and interest in and to my said invention and in and to the Letters Patent thereon, for the whole of the United States and each and every foreign country, which may or shall be issued thereon, and in and to any and all improvements thereon;

THE SAME TO BE HELD AND ENJOYED BY WORDTECH SYSTEMS, INC., its successors and assigns, for its own use and behoof to the full end of the term for which

1


the said Letters Patent shall or may be granted, as fully and entirely as the same might or could have been enjoyed by me had this assignment and sale not been made.

**AND I HEREBY AUTHORIZE AND REQUEST** the Commissioner of Patents and Trademarks to issue the said United States Letters Patent on my said invention, when granted, unto my assignee, **WORDTECH SYSTEMS, INC.**, in accordance with this assignment.

**IN WITNESS WHEREOF**, I, the said **DAVID MILLER**, hereunto set my hand at and in the City of _Concord_, County of _Contra Costa_, State of California, this _23_ day of _October_, 2000.

_[signature]_
**DAVID MILLER**

Form PTO-1595 (Rev. 06/04)
OMB No. 0651-0027 (exp. 6/30/2005)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

# RECORDATION FORM COVER SHEET
# PATENTS ONLY

Dkt. #13240(B)

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies)/Execution Date(s): | 2. Name and address of receiving party(ies) |
|---|---|
| DAVID B. MILLER<br><br>Execution Date(s) October 12, 2004<br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | Name: WORDTECH SYSTEMS, INC.<br>Internal Address: 2900 Dean Lesher Dr. Concord, CA 94520<br>Street Address: 2900 Dean Lesher Drive<br>City: Concord<br>State: CA<br>Country: USA   Zip: 94044 |

3. Nature of conveyance:

☒ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other

Additional name(s) & address(es) attached? ☐ Yes ☐ No

4. Application or patent number(s):   ☐ This document is being filed together with a new application.

A. Patent Application No.(s)

10/385,726

B. Patent No.(s)

Now: Pat. No. 6,822,932

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name: RICHARD ESTY PETERSON<br>Internal Address: Patent Attorney<br>Street Address: 1905-D Palmetto Ave.<br>City: Pacifica<br>State: CA   Zip: 94044<br>Phone Number: (650) 557-5708<br>Fax Number: (650) 557-5716<br>Email Address: | 7. Total fee (37 CFR 1.21(h) & 3.41) $ 40.00<br>☐ Authorized to be charged by credit card<br>☐ Authorized to be charged to deposit account<br>☒ Enclosed<br>☐ None required (government interest not affecting title)<br><br>8. Payment Information<br>a. Credit Card   Last 4 Numbers _____<br>                 Expiration Date _____<br>b. Deposit Account Number _____<br>   Authorized User Name _____ |

9. Signature: _[signature]_                                    Jan. 25, 2005
              Signature                                          Date

RICHARD ESTY PETERSON
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: 3

Documents to be recorded (including cover sheet) should be faxed to (703) 308-5995, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

Pg. 1 of 3

Form PTO-1595 (Rev. 06/04)
OMB No. 0651-0027 (exp. 6/30/2005)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

# RECORDATION FORM COVER SHEET
# PATENTS ONLY

Dkt. #13240(B)

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)/Execution Date(s):**

DAVID B. MILLER

Execution Date(s) October 12, 2004

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**
Name: WORDTECH SYSTEMS, INC.
Internal Address: 2900 Dean Lesher Dr.
Concord, CA 94520

Street Address: 2900 Dean Lesher Drive

City: Concord
State: CA
Country: USA   Zip: 94044

Additional name(s) & address(es) attached? ☐ Yes ☐ No

**3. Nature of conveyance:**

☒ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

**4. Application or patent number(s):** ☐ This document is being filed together with a new application.

A. Patent Application No.(s)

10/385,726

B. Patent No.(s)

Now: Pat. No. 6,822,932

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address to whom correspondence concerning document should be mailed:**

Name: RICHARD ESTY PETERSON
Internal Address: Patent Attorney

Street Address: 1905-D Palmetto Ave.

City: Pacifica
State: CA   Zip: 94044
Phone Number: (650) 557-5708
Fax Number: (650) 557-5716
Email Address:

**6. Total number of applications and patents involved:** 1

**7. Total fee** (37 CFR 1.21(h) & 3.41) $ 40.00
☐ Authorized to be charged by credit card
☐ Authorized to be charged to deposit account
☒ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**
a. Credit Card   Last 4 Numbers _____
                 Expiration Date _____
b. Deposit Account Number _____
   Authorized User Name _____

**9. Signature:** _Richard Esty Peterson_ (signature)

Jan. 25, 2005
Date

RICHARD ESTY PETERSON
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: 3

Documents to be recorded (including cover sheet) should be faxed to (703) 306-5995, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

Pg. 1 of 3

13240(B)

## ASSIGNMENT

WHEREAS, I, David B. Miller of **WORDTECH SYSTEMS, INC.**, am the inventor of a new and useful

**PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM**

for which I have applied for Letters Patent of the United States, the said invention being fully described in and identified by the specification and drawings in our application for Letters Patent of the United States, Serial No. 10/385,726, filed 10 March 2003, executed by me in the City of Concord, County of Contra Costa, State of California, on the 10th day of March, 2003;

WHEREAS, **WORDTECH SYSTEMS, INC.**, a California Corporation, with principal offices at 2500 Dean Lesher Drive, Suite A, Concord, California, 94520-1259, is desirous of acquiring the entire right, title and interest in and to the said invention and in and to the Letters Patent thereon, when granted, and in and to any and all improvements thereon; and

WHEREAS, **WORDTECH SYSTEMS, INC.**, a California Corporation, has acquired the entire right title and interest in and to the invention described in the application issuing as U.S. Patent No. 6,141,298, on October 31, 2000, by assignment dated September 14, 1998, and in the application issuing as U.S. Patent No. 6,532,198 on March 11, 2003, by assignment dated 23 October, 2000; said applications and patents being related to the subject application;

NOW THEREFORE, TO ALL WHOM IT MAY CONCERN:

BE IT KNOWN that for and in consideration of the sum of One Dollar ($1.00) to me in hand paid and of other good and valuable consideration by me received from the said **WORDTECH SYSTEMS, INC.**, the receipt whereof in full by me is hereby acknowledged, I, **DAVID B. MILLER** have sold, assigned, transferred and set over and do by these presents sell, assign, transfer and set over unto the said **WORDTECH SYSTEMS, INC.**, its successors and assigns, the entire right, title and interest in and to our said invention and in and to the Letters Patent

1

thereon, for the whole of the United States and each and every foreign country, which may or shall be issued thereon, and in and to any and all improvements thereon, and in and to any causes of action arising therefrom;

**THE SAME TO BE HELD AND ENJOYED BY WORDTECH SYSTEMS, INC.**, its successors and assigns, for its own use and behoof to the full end of the term for which the said Letters Patent shall or may be granted, as fully and entirely as the same might or could have been enjoyed by me had this assignment and sale not been made.

**AND I HEREBY AUTHORIZE AND REQUEST** the Commissioner of Patents and Trademarks to issue the said United States Letters Patent on my said invention, when granted, unto our assignee, **WORDTECH SYSTEMS, INC.**, a Corporation, in accordance with this assignment.

**IN WITNESS WHEREOF**, I, the said **DAVID B. MILLER**, hereunto set my hand at and in the City of Concord, County of Contra Costa, State of California, this 12TH day of October, 2004.

_____
**DAVID B. MILLER**

Form PTO-1595 (Rev. 03/03)
OMB No. 0651-0027 (exp. 6/30/2005)

05-23-2007

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

RECORDATION FORM COVER SHEET

Dkt. #13240(C)

103409115

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| DAVID B. MILLER | Name: WORDTECH SYSTEMS, INC. |
| | Internal Address: 2900 Dean Lesher Dr. |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☐ No | Concord, CA 94520 |

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) May 18, 2007
[X] Assignment           ☐ Merger
☐ Security Agreement     ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

Street Address: 2900 Dean Lesher Dr.

City: Concord
State: CA
Country: USA        Zip: 94044

Additional name(s) & address(es) attached? ☐ Yes ☐ No

**4. Application or patent number(s):**   ☐ This document is being filed together with a new application.

A. Patent Application No.(s)

10/993,767

B. Patent No.(s)

7,145,841 B1

Additional numbers attached? ☐ Yes ☐ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: RICHARD ESTY PETERSON
Internal Address: Patent Attorney
Street Address: 1905 Palmetto Avenue, Suite D
City: Pacifica
State: CA      Zip: 94044
Phone Number: (650) 557-5708
Fax Number: (650) 557-5716
Email Address: _____

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 1.21(h) & 3.41) $ 40.00**
☐ Authorized to be charged by credit card
☐ Authorized to be charged to deposit account
[X] Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**
a. Credit Card   Last 4 Numbers _____
                 Expiration Date _____
b. Deposit Account Number _____
Authorized User Name _____

**9. Signature:** _/s/ Richard Esty Peterson/_
Signature: RICHARD ESTY PETERSON
Name of Person Signing

Date: May 18, 2007

Total number of pages including cover sheet, attachments, and documents: 3

Documents to be recorded (including cover sheet) should be faxed to (703) 306-5995, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, V.A. 22313-1450

05/22/2007 DBYRNE   00000017 10993767
01 FC:8021           40.00 OP

(Page 1 of 3)

13240(C)

## ASSIGNMENT

**WHEREAS**, I, David B. Miller of **WORDTECH SYSTEMS, INC.**, am the inventor of a new and useful

**PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM** for which I have applied for Letters Patent of the United States, the said invention being fully described in and identified by the specification and drawings in our application for Letters Patent of the United States, Serial No. 10/993,767, filed 19 November 2004, executed by me in the City of Concord, County of Contra Costa, State of California, on the 19th day of November, 2004, the said application issuing as U.S. Patent No. 7,145,841 B-1 on the 5th day of December, 2006;

**WHEREAS, WORDTECH SYSTEMS, INC.**, a California Corporation, with principal offices at 2500 Dean Lesher Drive, Suite A, Concord, California, 94520-1259, has a right to assignment of the entire right, title and interest in and to the said invention and in and to the Letters Patent thereon, when granted, and in and to any and all improvements thereon; and

**WHEREAS, WORDTECH SYSTEMS, INC.**, a California Corporation, has acquired the entire right title and interest in and to the invention described in the application issuing as U.S. Patent No. 6,141,298, on October 31, 2000, by assignment dated September 14, 1998; in the application issuing as U.S. Patent No. 6,532,198 on March 11, 2003, by assignment dated 23 October, 2000; and in the application issuing as U.S. Patent No. 6,822,932 B2 on 23 November 2004 by assignment dated 12 October 2004, said applications and patents being related to the subject issued patent;

**NOW THEREFORE, TO ALL WHOM IT MAY CONCERN:**

**BE IT KNOWN** that for and in consideration of the sum of One Dollar ($1.00) to me in hand paid and of other good and valuable consideration by me received from the said **WORDTECH SYSTEMS, INC.**, the receipt whereof in full by me is hereby acknowledged, I, **DAVID B. MILLER** have sold, assigned, transferred and set over and do by these presents sell, assign, transfer and set over unto the said **WORDTECH SYSTEMS, INC.**, its successors and

assigns, the entire right, title and interest in and to my said invention and in and to Letters Patent 7,145,841 B-1, issued 5 December, 2006, for the whole of the United States and each and every foreign country, which may or shall be issued thereon, and in and to any and all improvements thereon, and in and to any causes of action arising therefrom;

**THE SAME TO BE HELD AND ENJOYED BY WORDTECH SYSTEMS, INC.**, its successors and assigns, for its own use and behoof to the full end of the term for which the said Letters Patent shall or may be granted.

**AND I HEREBY AUTHORIZE AND REQUEST** the Commissioner of Patents and Trademarks to record this assignment of my Letters Patent to my assignee, **WORDTECH SYSTEMS, INC.**, a California Corporation.

**IN WITNESS WHEREOF**, I, the said **DAVID B. MILLER**, hereunto set my hand at and in the City of Concord, County of Contra Costa, State of California, this 18th day of May, 2007.

_____
DAVID B. MILLER