UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., | CASE NO. CV-F-09-1512 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| MICROBOARDS MANUFACTURING, LLC, et al., | |
| Defendants. / | |

On August 31, 2009, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   September 1, 2009**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE